IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT
NORTHERN DISTRICT

**FILED**

NOV 15 1996

NANCY DOHERTY, CLERK

Deputy

DANIEL CAREY AND MICHAEL         )
MOYER                             )
        Plaintiff              )
                               )     Civil No. 3:96-CV-3042-H
VS                                )
                               )
ALLIED PILOTS ASSOCIATION         )
        Defendant              )

## ORDER

The Judge to whom this case was initially assigned having recused himself, it is, it is,

ORDERED that this case be, and the same hereby is, assigned to the docket of the Honorable

Jerry Buchmeyer, United States District Judge and should reflect the following case number:

**3:96-cv-3042-R.**

Dated this 8th, day of November, 1996.

JERRY BUCHMEYER
CHIEF JUDGE

