UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| Daniel Carey and Michael Moyer, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:96-CV-3042-R |
| | ) | |
| Allied Pilots Association, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned cause is hereby **DISMISSED WITHOUT PREJUDICE** to the refiling of same, or any part of same.

SIGNED this  26  day of  Nov. , 1996.

_____
UNITED STATES DISTRICT JUDGE

**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**            SOLO PAGE
g:\CLIENTS\CAREY\PLDGS\Dismiss.Ord\dt